UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARL MONROE,<br><br>    Plaintiff,<br><br>vs.<br><br>REID LAYNE STEINFELD,<br><br>    Defendant. | Case No:  C 11-2726 SBA<br><br>**JUDGMENT** |

   In accordance with the Court's Order Accepting Report and Recommendation of Magistrate Judge,

   IT IS HEREBY ORDERED THAT final judgment shall be entered in favor of Plaintiff as follows:  (1) $2,322.45 in actual damages; (2) $3,043.36 in attorneys' fees; and (3) $453.36 in costs.

   IT IS SO ORDERED.

Dated: April 27, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge